UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BALBOA CAPITAL CORPORATION,          CASE NO. 18-61125-CIV-DIMITROULEAS

     Plaintiff,

vs.

VITAL PHARMACEUTICALS, INC., d/b/a
VPX SPORTS; and JOHN OWOC,

     Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff's Verified Motion for Attorneys' Fees and Non-Taxable Expenses and Costs [DE 82], and the Report and Recommendation of Magistrate Judge Lurana S. Snow [DE 87]. The Court notes that no objections to the Report [DE 87] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 87] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 87] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Report [DE 87] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Verified Motion for Attorneys' Fees and Non-Taxable Expenses and Costs [DE 82] is **GRANTED;**

3. Plaintiff is awarded fees in the amount of $101,927.24, litigation expenses in the amount of $4,650.00, and costs in the amount of $425.00.

4. This remanded action shall remain **CLOSED**. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of September, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record
Magistrate Judge Lurana S. Snow