# Exhibit 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

BALBOA CAPITAL CORPORATION,

      Plaintiff,

v.

                             Case No.:  0:18-cv-61125-WPD

VITAL PHARMACEUTICALS, INC.,
d/b/a VPX SPORTS; and JOHN OWOC,

      Defendants.

_____/

## AFFIDAVIT OF RALPH W. CONFREDA, JR. IN SUPPORT OF BALBOA'S SECOND SUPPLEMENTAL  MOTION FOR ATTORNEYS' FEES AND COSTS

STATE OF FLORIDA

COUNTY OF BROWARD

BEFORE me, the undersigned authority, personally appeared Ralph W. Confreda, Jr., Esquire, of McGlinchey Stafford, PLLC ("**McGlinchey Stafford**") who, having been duly sworn, deposes and says:

1.     I am an attorney of record for Plaintiff Balboa Capital Corporation ("**Balboa**") in the above-styled action, and I am authorized to make this affidavit, which I make based on my own personal knowledge and based on my review of the McGlinchey Stafford business records, including the invoices prepared by McGlinchey Stafford for Balboa in connection with this matter.

2.     I am familiar with the business records maintained by McGlinchey Stafford for the purposes of servicing its legal clients and McGlinchey Stafford's time-keeping and billing procedures. McGlinchey Stafford's business records include data compilations, electronically imaged documents, case documents and filings, and McGlinchey Stafford invoices for services

1

rendered are based on time-keeping records made at or near the time by, or from information provided by, a person with knowledge of the activity and transactions reflected in such records. McGlinchey Stafford's business records are kept in the course of business activity conducted regularly by McGlinchey Stafford. It is the regular practice of McGlinchey Stafford's business to make and keep these records. In connection with making this affidavit, I have personally examined these business records reflecting the data and information contained herein.

3.      The terms of the applicable fee agreement that my law firm has with Balboa for collection matters, including the work performed in this matter, include charges for time devoted to the matter at hourly rates specific to the professionals who expend time on the matter. For the collection work performed in connection with the Final Judgment in this case, McGlinchey agreed to the rate of $250/hr for all attorneys working on the matter. Time devoted to a matter includes, but is not limited to, preparing and reviewing correspondence and other documents; conducting legal research; and participating in telephone calls with the client, attorneys involved in the matter.

4.      Attached as **Exhibit A** are invoices (the "**Invoices**") for work performed between July 1, 2022 through December 30, 2022, which include attorneys' fees billed to Balboa for work performed in connection with Balboa's collection efforts and oppositions to Defendants' motions to stay. To account for the lower hourly rate, McGlinchey Stafford assigned a new client/matter number (108989.0001) for the collection work related to this matter. As evidenced by the Invoices (which have been redacted to preserve privileged information and/or work product), two McGlinchey Stafford attorneys billed a total of **31.7 hours** under matter number 108989.0001 in connection with Balboa's efforts to collect on the Final Judgment and Fee Judgment.

17405701.1

5.      Fees are sought for the following two timekeepers: (1) Ralph William Confreda, Jr. ("Mr. Confreda") (Fla. Bar No. 85794) (admitted to practice 2010), is an of counsel attorney in McGlinchey Stafford's Fort Lauderdale, Florida office with experience in commercial and consumer litigation and who is experienced in this and other District Court in Florida; and (2) Alyssa Weiss ("Ms. Weiss") (Fla. Bar No. 1032088) (admitted to practice 2021), is an associate attorney in McGlinchey Stafford's Fort Lauderdale, Florida office with experience in commercial and consumer litigation.

6.      The attached Invoices also reveals the number of hours reasonably expended by McGlinchey Stafford, a description of the tasks done during those hours, and the hourly rate claimed. As set forth in the Invoices, the work performed includes, *inter alia*, Balboa's multiple Motions seeking Writs of Garnishment, Defendants' Motions to Stay Pending Appeal and Oppositions/Replies to same

7.      As indicated by the Invoices, the instant chart reflects the hours each timekeeper worked in connection with Balboa's efforts to collect on the Final Judgment for a of **$7,982.28** in fees and non-taxable costs.

| Timekeeper | Rate/Hr | Hours | Fees Billed | Costs |
|---|---|---|---|---|
| Ralph Confreda | $250 | 28 | $7,000.00 | $57.28 |
| Alyssa Weiss | $250 | 3.7 | $925.00 | 0 |
| TOTAL | | | $7,925.00 | $57.28 |

8.      Ralph W. Confreda, Jr. was primarily responsible for handling this matter, including drafting motion practice, oppositions and relies, researching as well as taking the lead on analyzing the filings, communicating with Balboa regarding the status and strategy related to the collections efforts.

17405701.1

3

9.     Alyssa Weiss is an associate attorney in McGlinchey Stafford's Fort Lauderdale office with experience in commercial and consumer litigation. Alyssa assisted with research and the drafting of the initial collection filings.

10.     This Affidavit is a separate request from the Motion for Appellate Attorney's Fees and Costs currently pending before this Court, which was transferred by the Eleventh Circuit for this Court's consideration.

FURTHER AFFIANT SAYETH NOT.

_____
Ralph W. Confreda, Jr. (Fla. Bar No. 85794)

**SWORN TO AND SUBSCRIBED** before me, this 15th day of June, 2023 in Fort Lauderdale, Florida.



_____
Notary Public

Printed Name: Andy Lozada

My Commission expires: 10/29/24

17405701.1

# Exhibit "A"

**mcglinchey**

Balboa Capital Corporation
Patrick E. Byrne
CEO
575 Anton Bouleard, 12th Floor
michelleac@balboacapital.com
Costa Mesa, CA 92626

August 10, 2022
Confreda, Ralph

Invoice Number: 23822837

108989.0001
Vital Pharmaceuticals, Inc. d/b/a VPX Sports

For Professional Services Rendered Through July 31, 2022.

| Attorney/Paralegal | Rate | Hours | Amount |
|---|---|---|---|
| Confreda, R | $ 250.00 | 10.00 | $ 2,500.00 |
| Weiss, A | 250.00 | 3.70 | 925.00 |
| Total Services | | 13.70 | $ 3,425.00 |
| | | | |
| Total this Invoice | | | $ 3,425.00 |

**Lockbox Remittance Address: McGlinchey Stafford, Dept 5200, P.O. Box 2153, Birmingham, AL  35287-5200**

One E Broward Blvd, Ste 1400 | Ft Lauderdale, FL  33301 | T (954) 356-2501 | F (954) 333-3847 | **mcglinchey.com**

McGlinchey Stafford PLLC in AL, FL, LA, MA, MS, NY, OH, TX, TN, DC and WA. McGlinchey Stafford LLP in CA.

Page 2

August 10, 2022
Inv. 23822837

108989/
Balboa Capital Corporation
0001 / Vital Pharmaceuticals, Inc. d/b/a VPX Sports                                  Confreda, Ralph

Time Detail:

| Date | Attorney/Paralegal | Description | Hours |
|------|-------------------|-------------|-------|
| 07/08/22 | Weiss, A | Initial review of the documents and phone conference discussing strategy ███████████████████. | 0.60 |
| 07/11/22 | Confreda, R | Strategize next steps re ██████████████████████████████████████████████████. | 0.60 |
| 07/11/22 | Confreda, R | Exchange emails with Michelle Chiongson regarding ████████████████████████. | 0.30 |
| 07/11/22 | Weiss, A | Prepare and draft three Motions to Issue Writ of Garnishment for each of the three identified garnishees. | 1.30 |
| 07/11/22 | Weiss, A | Prepare and draft three Proposed Writs of Garnishment for each of the three identified garnishees. | 0.50 |
| 07/11/22 | Weiss, A | Prepare and draft three Notices of Garnishment for each of the three identified garnishees. | 0.40 |
| 07/11/22 | Weiss, A | Phone call with the judge's judicial assistant to confirm. | 0.20 |
| 07/11/22 | Weiss, A | Analysis of local rules. | 0.20 |
| 07/12/22 | Confreda, R | Review and revision of the motion for writ of garnishment, notice to defendants and proposed order on the writ. | 0.70 |
| 07/12/22 | Weiss, A | Review of the procedure for service on a financial institution that does not have a registered agent in Florida. | 0.50 |
| 07/15/22 | Confreda, R | Draft email to Michelle Chiongson regarding ████████████████████████████████████████████. | 0.20 |
| 07/21/22 | Confreda, R | Draft proposed orders on the motion for writ of garnishment for three garnishees, Wells Fargo Bank, N.A., Fifth Third Bank, and PNC Bank, N.A. | 0.30 |
| 07/21/22 | Confreda, R | Revise the three motions for writ of garnishment as per directive from the clerk of court and judicial assistant. | 0.30 |
| 07/22/22 | Confreda, R | Exchange emails with Michelle Chiongson regarding ████████████████████████████. | 0.20 |
| 07/24/22 | Confreda, R | Exchange emails with opposing counsel regarding their motion to stay and opposition to the motions for writ of garnishment. | 0.20 |
| 07/24/22 | Confreda, R | Draft email to Michelle Chiongson regarding ███████████████████████████████████. | 0.20 |
| 07/25/22 | Confreda, R | Telephone call with Michelle Chiongson regarding ████████████████████████████████████████. | 0.30 |
| 07/25/22 | Confreda, R | Exchange emails with opposing counsel regarding their meet and confer relating to the motion to stay. | 0.20 |
| 07/25/22 | Confreda, R | Review of the order denying the motion to stay without prejudice. | 0.10 |
| 07/25/22 | Confreda, R | Review of paperless order changing assignment of Magistrate from Snow to Hunt. | 0.10 |
| 07/25/22 | Confreda, R | Review/analyze ██████████████████. | 0.60 |

Page 3

August 10, 2022
Inv. 23822837

108989/
Balboa Capital Corporation
0001 / Vital Pharmaceuticals, Inc. d/b/a VPX Sports

Confreda, Ralph

| Date | Attorney/Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 07/26/22 | Confreda, R | Review of the order referring the motion to stay to the Magistrate. | 0.10 |
| 07/28/22 | Confreda, R | Research 11th Circuit case law re factors to be considered when staying a case pending appeal, bond requirements, Local Rule 62.1 and the case law cited by VPX in their Motion to Stay Pending Appeal. | 1.00 |
| 07/29/22 | Confreda, R | Draft Opposition to VPX's Motion to Stay Pending Appeal. | 4.60 |

Total Hours

13.70

Total This Matter:                                                          $ 3,425.00

Page 4

August 10, 2022
Inv. 23822837

108989/
Balboa Capital Corporation
0001 / Vital Pharmaceuticals, Inc. d/b/a VPX Sports

Confreda, Ralph

## REMITTANCE COPY

### Return with Payment

Invoice Number:      23822837
Client Name:          Balboa Capital Corporation
Matter Name:          Vital Pharmaceuticals, Inc. d/b/a VPX Sports
Tax Id:               72-0788124

For Professional Services Rendered Through July 31, 2022.

| | |
|---|---|
| **Total Amount Due for this Invoice** | **$ 3,425.00** |
| **Prior Outstanding Balance** | **0.00** |
| **Grand Total Due** | **$ 3,425.00** |

*** PAYMENT IS DUE UPON RECEIPT ***
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Please send remittance to:

**MCGLINCHEY STAFFORD**
**Dept. 5200**
**PO Box 2153**
**Birmingham, AL 35287-5200**

Wiring Instructions:
Domestic
Regions Bank
FAB in Birmingham – Southern Louisiana Office
400 Poydras St., Suite 2200
New Orleans, LA 70130
McGlinchey Stafford Operating Account
Account #: 4105026156
ABA# 062005690

International
Regions Bank
McGlinchey Stafford Operating Account
Account # : 4105026156
Swift # UPNBUS44

To set up Automated Clearing House payments, please email ACH forms to accountsreceivable@mcglinchey.com
Account #  4105026156
ABA#  065403626

Please reference invoice number in your remittance
Ref: 108989.0001, Invoice No. 23822837

# ◢◣ mcglinchey

Balboa Capital Corporation
Patrick E. Byrne
CEO
575 Anton Bouleard, 12th Floor
michelleac@balboacapital.com
Costa Mesa, CA 92626

September 6, 2022
Confreda, Ralph

Invoice Number: 23824499

108989.0001
Vital Pharmaceuticals, Inc. d/b/a VPX Sports

For Professional Services Rendered Through August 31, 2022.

| Attorney/Paralegal | Rate | Hours | Amount |
|---|---|---|---|
| Confreda, R | $ 250.00 | 4.70 | $ 1,175.00 |
| Total Services | | 4.70 | $ 1,175.00 |

Disbursements this period:

| | |
|---|---|
| Computer Research | $ 124.90 |
| Total Disbursements | $ 124.90 |

| | |
|---|---|
| Total this Invoice | $ 1,299.90 |

Unpaid Invoices:

**Lockbox Remittance Address: McGlinchey Stafford, Dept 5200, P.O. Box 2153, Birmingham, AL  35287-5200**

One E Broward Blvd, Ste 1400 | Ft Lauderdale, FL  33301 | T (954) 356-2501 | F (954) 333-3847 | **mcglinchey.com**

McGlinchey Stafford PLLC in AL, FL, LA, MA, MS, NY, OH, TX, TN, DC and WA. McGlinchey Stafford LLP in CA.

Page 2

September 6, 2022
Inv. 23824499

108989/
Balboa Capital Corporation
0001 / Vital Pharmaceuticals, Inc. d/b/a VPX Sports

Confreda, Ralph

| Date | Invoice Number | Amount Due |
|---|---|---|
| 08/10/22 | 23822837 | $ 3,425.00 |
| Total Unpaid Invoices | | $3,425.00 |
| | | |
| Grand Total Due | | $ 4,724.90 |

Page 3

September 6, 2022
Inv. 23824499

108989/
Balboa Capital Corporation
0001 / Vital Pharmaceuticals, Inc. d/b/a VPX Sports

Confreda, Ralph

Time Detail:

| Date | Attorney/Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 08/01/22 | Confreda, R | Draft multiple emails to Michelle Chiongson regarding ███ ██████████████████████ ██████ | 0.30 |
| 08/01/22 | Confreda, R | Research case law in the 11th Circuit regarding ████ | 0.60 |
| 08/01/22 | Confreda, R | Draft Reply in Support of Balboa's Motions for Writs of Garnishment. | 2.50 |
| 08/01/22 | Confreda, R | Analysis/evaluation ██████████████████████ | 0.40 |
| 08/02/22 | Confreda, R | Telephone call with Michelle Chiongson regarding ████████████████████ | 0.20 |
| 08/08/22 | Confreda, R | Review of Defendants' Reply in Support of the Motion to Stay and analysis of strategy ████████. | 0.50 |
| 08/08/22 | Confreda, R | Draft email to Michelle Chiongson regarding ██████████████████████. | 0.20 |

Total Hours | 4.70

Other Services and Expenses:

| Date | Description | Amount |
|------|-------------|--------|
| 07/25/22 | Computer Research | $ 10.10 |
| 07/29/22 | Computer Research | 9.90 |
| 08/01/22 | Computer Research | 29.90 |
| 08/02/22 | Computer Research | 19.80 |
| 08/17/22 | Computer Research | 35.40 |
| 08/19/22 | Computer Research | 19.80 |

Other Services and Expenses | $ 124.90

Total This Matter: | $ 1,299.90

Page 4

September 6, 2022
Inv. 23824499

108989/
Balboa Capital Corporation
0001 / Vital Pharmaceuticals, Inc. d/b/a VPX Sports

Confreda, Ralph

## REMITTANCE COPY

### Return with Payment

| | |
|---|---|
| Invoice Number: | 23824499 |
| Client Name: | Balboa Capital Corporation |
| Matter Name: | Vital Pharmaceuticals, Inc. d/b/a VPX Sports |
| Tax Id: | 72-0788124 |

For Professional Services Rendered Through August 31, 2022.

| | |
|---|---:|
| **Total Amount Due for this Invoice** | **$ 1,299.90** |
| **Prior Outstanding Balance** | **3,425.00** |
| **Grand Total Due** | **$ 4,724.90** |

*** PAYMENT IS DUE UPON RECEIPT ***
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Please send remittance to:

**MCGLINCHEY STAFFORD**
**Dept. 5200**
**PO Box 2153**
**Birmingham, AL 35287-5200**

Wiring Instructions:
Domestic
Regions Bank
FAB in Birmingham – Southern Louisiana Office
400 Poydras St., Suite 2200
New Orleans, LA 70130
McGlinchey Stafford Operating Account
Account #: 4105026156
ABA# 062005690

International
Regions Bank
McGlinchey Stafford Operating Account
Account # : 4105026156
Swift # UPNBUS44

To set up Automated Clearing House payments, please email ACH forms to accountsreceivable@mcglinchey.com
Account #  4105026156
ABA#  065403626

Please reference invoice number in your remittance
Ref: 108989.0001, Invoice No. 23824499

# ◤◢ **mcglinchey**

Balboa Capital Corporation
Patrick E. Byrne
CEO
575 Anton Bouleard, 12th Floor
michelleac@balboacapital.com
Costa Mesa, CA 92626

November 11, 2022
Confreda, Ralph

Invoice Number: 23831572

108989.0001
Vital Pharmaceuticals, Inc. d/b/a VPX Sports

For Professional Services Rendered Through October 31, 2022.

| Attorney/Paralegal | Rate | Hours | Amount |
|---|---|---|---|
| Confreda, R | $ 250.00 | 0.90 | $ 225.00 |
| Total Services | | 0.90 | $ 225.00 |
| Total this Invoice | | | $ 225.00 |

**Lockbox Remittance Address: McGlinchey Stafford, Dept 5200, P.O. Box 2153, Birmingham, AL  35287-5200**

One E Broward Blvd, Ste 1400 | Ft Lauderdale, FL  33301 | T (954) 356-2501 | F (954) 333-3847 | **mcglinchey.com**

McGlinchey Stafford PLLC in AL, FL, LA, MA, MS, NY, OH, TX, TN, DC and WA. McGlinchey Stafford LLP in CA.

Page 2

November 11, 2022
Inv. 23831572

108989/
Balboa Capital Corporation
0001 / Vital Pharmaceuticals, Inc. d/b/a VPX Sports

Confreda, Ralph

Time Detail:

| Date | Attorney/Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 10/07/22 | Confreda, R | Review of the Magistrate's Report and Recommendation and analysis of next steps. | 0.50 |
| 10/07/22 | Confreda, R | Draft email to Michelle Chiongson and Pat Byrne regarding ███████████████████████████. | 0.20 |
| 10/11/22 | Confreda, R | Draft email to opposing counsel regarding the entry of the Report and Recommendation, to confirm the bond will be posted and the next steps. | 0.20 |

Total Hours                                                                 0.90

Total This Matter:                                                     $ 225.00

Page 3

November 11, 2022
Inv. 23831572

108989/
Balboa Capital Corporation
0001 / Vital Pharmaceuticals, Inc. d/b/a VPX Sports

Confreda, Ralph

## REMITTANCE COPY

### Return with Payment

Invoice Number:       23831572
Client Name:          Balboa Capital Corporation
Matter Name:          Vital Pharmaceuticals, Inc. d/b/a VPX Sports
Tax Id:               72-0788124

For Professional Services Rendered Through October 31, 2022.

| | |
|---|---|
| **Total Amount Due for this Invoice** | **$ 225.00** |
| **Prior Outstanding Balance** | 0.00 |
| **Grand Total Due** | **$ 225.00** |

*** PAYMENT IS DUE UPON RECEIPT ***
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Please send remittance to:

**McGlinchey Stafford**
**Dept. 5200**
**PO Box 2153**
**Birmingham, AL 35287-5200**

Wiring Instructions:
Domestic
Regions Bank
FAB in Birmingham – Southern Louisiana Office
400 Poydras St., Suite 2200
New Orleans, LA 70130
McGlinchey Stafford Operating Account
Account #: 4105026156
ABA# 062005690

International
Regions Bank
McGlinchey Stafford Operating Account
Account # : 4105026156
Swift # UPNBUS44

To set up Automated Clearing House payments, please email ACH forms to accountsreceivable@mcglinchey.com
Account #  4105026156
ABA#  065403626

Please reference invoice number in your remittance
Ref: 108989.0001, Invoice No. 23831572

# ◤mcglinchey

Balboa Capital Corporation                                    December 12, 2022
Patrick E. Byrne                                                 Confreda, Ralph
CEO
575 Anton Bouleard, 12th Floor
michelleac@balboacapital.com
Costa Mesa, CA 92626

                                                    Invoice Number: 23834095

108989.0001
Vital Pharmaceuticals, Inc. d/b/a VPX Sports

For Professional Services Rendered Through November 30, 2022.

| Attorney/Paralegal | Rate | Hours | Amount |
|---|---|---|---|
| Confreda, R | $ 250.00 | 11.90 | $ 2,975.00 |
| Total Services | | 11.90 | $ 2,975.00 |

Disbursements this period:

| | |
|---|---|
| Photocopy Expense | $ 22.00 |
| Postage & Delivery | 35.28 |
| Computer Research | 0.00 |
| Total Disbursements | $ 57.28 |

| | |
|---|---|
| Total this Invoice | $ 3,032.28 |

**Lockbox Remittance Address: McGlinchey Stafford, Dept 5200, P.O. Box 2153, Birmingham, AL  35287-5200**

One E Broward Blvd, Ste 1400 | Ft Lauderdale, FL  33301 | T (954) 356-2501 | F (954) 333-3847 | **mcglinchey.com**

McGlinchey Stafford PLLC in AL, FL, LA, MA, MS, NY, OH, TX, TN, DC and WA. McGlinchey Stafford LLP in CA.

Page 2

December 12, 2022
Inv. 23834095

108989/
Balboa Capital Corporation
0001 / Vital Pharmaceuticals, Inc. d/b/a VPX Sports

Confreda, Ralph

Unpaid Invoices:

| Date | Invoice Number | Amount Due |
|------|----------------|------------|
| 11/11/22 | 23831572 | $ 225.00 |
| Total Unpaid Invoices | | $225.00 |

Grand Total Due                                                    $ 3,257.28

Page 3

December 12, 2022
Inv. 23834095

108989/
Balboa Capital Corporation
0001 / Vital Pharmaceuticals, Inc. d/b/a VPX Sports                                    Confreda, Ralph

Time Detail:

| Date | Attorney/Paralegal | Description | Hours |
|------|-------------------|-------------|-------|
| 11/04/22 | Confreda, R | Review of VPX's Objection to the Report and Recommendation and Suggestion of Bankruptcy. | 0.20 |
| 11/04/22 | Confreda, R | Analysis of █████████████████████████ . | 0.80 |
| 11/04/22 | Confreda, R | Research case law ████████████████████ ██████████████████████████████ ████████████ . | 0.90 |
| 11/04/22 | Confreda, R | Draft Response in Opposition to Owoc's Objection to the Report and Recommendation. | 3.50 |
| 11/09/22 | Confreda, R | Review of the Order Approving Report and Recommendation of the Magistrate as to Owoc and analysis of next steps. | 0.30 |
| 11/09/22 | Confreda, R | Telephone conference with Michelle Chiongson ██████ ████████████████████████████████ █████████████ . | 0.30 |
| 11/11/22 | Confreda, R | Draft email to Michelle Chiongson and Pat Byrne regarding ████████████████████████████ . | 0.20 |
| 11/14/22 | Confreda, R | Exchange emails with Michelle Chiongson and Pat Byrne regarding ███████████████████ . | 0.40 |
| 11/15/22 | Confreda, R | Review of the property record search results for John Owoc. | 0.60 |
| 11/15/22 | Confreda, R | Draft renewed motion for writ of garnishment against John Owoc as to Garnishee PNC Bank. | 0.70 |
| 11/15/22 | Confreda, R | Draft proposed writ of garnishment as to Garnishee PNC Bank. | 0.20 |
| 11/15/22 | Confreda, R | Draft proposed order granting renewed motion writ of garnishment as to Garnishee PNC Bank. | 0.10 |
| 11/15/22 | Confreda, R | Revise proposed writs of garnishment for PNC, Fifth Third and Wells Fargo. | 0.30 |
| 11/15/22 | Confreda, R | Revised Renewed Ex Parte Motion for Writ of Garnishment for Garnishee PNC Bank. | 0.20 |
| 11/15/22 | Confreda, R | Revised Renewed Ex Parte Motion for Writ of Garnishment for Garnishee Fifth Third Bank. | 0.20 |
| 11/16/22 | Confreda, R | Draft email to Michelle Chiongson and Pat Byrne regarding ████████████████████████████ . | 0.20 |
| 11/18/22 | Confreda, R | Review of the three writs of garnishment executed by the clerk of court and analysis of next steps. | 0.20 |
| 11/18/22 | Confreda, R | Draft email to Pat Byrne and Michelle Chiongson regarding ██████████████████████████ ███████████████████████ . | 0.30 |

Page 4

December 12, 2022
Inv. 23834095

108989/
Balboa Capital Corporation
0001 / Vital Pharmaceuticals, Inc. d/b/a VPX Sports

Confreda, Ralph

| Date | Attorney/Paralegal | Description | Hours |
|------|-------------------|-------------|-------|
| 11/21/22 | Confreda, R | Exchange emails with opposing counsel regarding the status of the order requiring Owoc to post a bond, the writ of garnishments, and the next steps. | 0.30 |
| 11/23/22 | Confreda, R | Exchange emails with counsel for VPX regarding the status of the supersedeas bond to be posted by Owoc. | 0.30 |
| 11/27/22 | Confreda, R | Review of Owoc's notice of filing proof of supersedeas bond, which is comprised of statement concerning wired funds to clerk of court, analysis of sufficiency and next steps. | 0.30 |
| 11/28/22 | Confreda, R | Review of the docket ███████████ ███████████████████████ ██. | 0.20 |
| 11/28/22 | Confreda, R | Exchange emails with Jim Grant and Pat Byrne regarding ██ ████████████████████████ ████████. | 0.30 |
| 11/29/22 | Confreda, R | Draft email to Pat Byrne and Jim Grant regarding ████ ███████████████. | 0.20 |
| 11/29/22 | Confreda, R | Telephone conference with the court regarding the notice of posting bond, the order staying execution and evidence that a bond was posted. | 0.20 |
| 11/29/22 | Confreda, R | Review of the Court order staying execution pending appeal and analysis of next steps. | 0.20 |
| 11/30/22 | Confreda, R | Review of the clerk receipt. | 0.10 |
| 11/30/22 | Confreda, R | Draft email to Jim Grant and Pat Byrne ████████ ███████████. | 0.20 |

Total Hours | 11.90

Other Services and Expenses:

| Date | Description | Amount |
|------|-------------|--------|
| 10/02/22 | Computer Research | $ 0.00 |
| 10/03/22 | Computer Research | 0.00 |
| 10/04/22 | Computer Research | 0.00 |
| 10/12/22 | Computer Research | 0.00 |
| 10/13/22 | Computer Research | 0.00 |
| 10/16/22 | Computer Research | 0.00 |
| 10/19/22 | Computer Research | 0.00 |
| 11/02/22 | Postage | 35.28 |
| 11/02/22 | User ID: 04895   220 Photocopies: Black & White | 22.00 |
| 11/03/22 | Computer Research | 0.00 |
| 11/10/22 | Computer Research | 0.00 |
| 11/14/22 | Computer Research | 0.00 |
| 11/15/22 | Computer Research | 0.00 |

Page 5

December 12, 2022
Inv. 23834095

108989/
Balboa Capital Corporation
0001 / Vital Pharmaceuticals, Inc. d/b/a VPX Sports

Confreda, Ralph

| Date | Description | Amount |
|------|-------------|--------|
| 11/16/22 | Computer Research | 0.00 |

| Other Services and Expenses | | $ 57.28 |
|---|---|---|

Total This Matter:        $ 3,032.28

Page 6

December 12, 2022
Inv. 23834095

108989/
Balboa Capital Corporation
0001 / Vital Pharmaceuticals, Inc. d/b/a VPX Sports

Confreda, Ralph

## REMITTANCE COPY

### Return with Payment

Invoice Number:       23834095
Client Name:          Balboa Capital Corporation
Matter Name:          Vital Pharmaceuticals, Inc. d/b/a VPX Sports
Tax Id:               72-0788124

For Professional Services Rendered Through November 30, 2022.

| | |
|---|---:|
| **Total Amount Due for this Invoice** | **$ 3,032.28** |
| **Prior Outstanding Balance** | **225.00** |
| **Grand Total Due** | **$ 3,257.28** |

*** PAYMENT IS DUE UPON RECEIPT ***
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Please send remittance to:

**MCGLINCHEY STAFFORD**
**Dept. 5200**
**PO Box 2153**
**Birmingham, AL 35287-5200**

Wiring Instructions:
Domestic
Regions Bank
FAB in Birmingham – Southern Louisiana Office
400 Poydras St., Suite 2200
New Orleans, LA 70130
McGlinchey Stafford Operating Account
Account #: 4105026156
ABA# 062005690

International
Regions Bank
McGlinchey Stafford Operating Account
Account # : 4105026156
Swift # UPNBUS44

To set up Automated Clearing House payments, please email ACH forms to accountsreceivable@mcglinchey.com
Account #  4105026156
ABA#  065403626

Please reference invoice number in your remittance
Ref: 108989.0001, Invoice No. 23834095

**mcglinchey**

Balboa Capital Corporation                                    January 10, 2023
Patrick E. Byrne                                                 Confreda, Ralph
CEO
575 Anton Bouleard, 12th Floor
michelleac@balboacapital.com
Costa Mesa, CA 92626

Invoice Number: 23835577

108989.0001
Vital Pharmaceuticals, Inc. d/b/a VPX Sports

For Professional Services Rendered Through December 31, 2022.

| Attorney/Paralegal | Rate | Hours | Amount |
|---|---|---|---|
| Confreda, R | $ 250.00 | 0.50 | $ 125.00 |
| Total Services | | 0.50 | $ 125.00 |

Disbursements this period:



Unpaid Invoices:

**Lockbox Remittance Address: McGlinchey Stafford, Dept 5200, P.O. Box 2153, Birmingham, AL  35287-5200**

One E Broward Blvd, Ste 1400 | Ft Lauderdale, FL  33301 | T (954) 356-2501 | F (954) 333-3847 | **mcglinchey.com**

McGlinchey Stafford PLLC in AL, FL, LA, MA, MS, NY, OH, TX, TN, DC and WA. McGlinchey Stafford LLP in CA.

Page 2

January 10, 2023
Inv. 23835577

108989/
Balboa Capital Corporation
0001 / Vital Pharmaceuticals, Inc. d/b/a VPX Sports                    Confreda, Ralph

| <u>Date</u> | <u>Invoice Number</u> | <u>Amount Due</u> |
|---|---|---|
| 11/11/22 | 23831572 | $ 225.00 |
| Total Unpaid Invoices | | $225.00 |
| | | |
| Grand Total Due | | $ 550.00 |

Page 3

January 10, 2023
Inv. 23835577

108989/
Balboa Capital Corporation
0001 / Vital Pharmaceuticals, Inc. d/b/a VPX Sports

Confreda, Ralph

Time Detail:

| Date | Attorney/Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 12/08/22 | Confreda, R | Exchange multiple emails with Michelle Chiongson, Pat Byrne and Jim Grant regarding ██████████ ██████████ | 0.50 |

Total Hours — 0.50

Other Services and Expenses:

| Date | Description | Amount |
|------|-------------|--------|



Page 4

108989/
Balboa Capital Corporation
0001 / Vital Pharmaceuticals, Inc. d/b/a VPX Sports

January 10, 2023
Inv. 23835577

Confreda, Ralph

## REMITTANCE COPY

### Return with Payment

| | |
|---|---|
| Invoice Number: | 23835577 |
| Client Name: | Balboa Capital Corporation |
| Matter Name: | Vital Pharmaceuticals, Inc. d/b/a VPX Sports |
| Tax Id: | 72-0788124 |

For Professional Services Rendered Through December 31, 2022.

| | |
|---|---:|
| **Total Amount Due for this Invoice** | **$ 325.00** |
| **Prior Outstanding Balance** | **225.00** |
| **Grand Total Due** | **$ 550.00** |

*** PAYMENT IS DUE UPON RECEIPT ***
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Please send remittance to:

**MCGLINCHEY STAFFORD**
**Dept. 5200**
**PO Box 2153**
**Birmingham, AL 35287-5200**

Wiring Instructions:
Domestic
Regions Bank
FAB in Birmingham – Southern Louisiana Office
400 Poydras St., Suite 2200
New Orleans, LA 70130
McGlinchey Stafford Operating Account
Account #: 4105026156
ABA# 062005690

International
Regions Bank
McGlinchey Stafford Operating Account
Account # : 4105026156
Swift # UPNBUS44

To set up Automated Clearing House payments, please email ACH forms to accountsreceivable@mcglinchey.com
Account #  4105026156
ABA#  065403626

Please reference invoice number in your remittance
Ref: 108989.0001, Invoice No. 23835577