**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

BALBOA CAPITAL CORPORATION,

    Plaintiff,

v.

                                  Case No.: 0:18-cv-61125-WPD

VITAL PHARMACEUTICALS, INC.,
d/b/a VPX SPORTS; and JOHN OWOC,

    Defendants.

_____/

**BALBOA CAPITAL CORPORATION'S MOTION AND INCORPORATED**
**MEMORANDUM FOR ORDER DIRECTING THE CLERK OF COURT TO DISBURSE**
**A PORTION OF THE CASH BOND FOR PAYMENT OF FINAL JUDGMENT**

Plaintiff, Balboa Capital Corporation ("**Plaintiff**" or "**Balboa**"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 62 and this Court's Order Staying Execution Pending Appeal [DE 133], respectfully requests that this Court enter an Order directing the Clerk of Court to release $452,755.02[1] of the $488,344.34 cash bond currently in the Court registry [DE 134], to Balboa's undersigned counsel for the payment of the remaining balance owed under the Final Judgment [DE 80] and Attorneys' Fees Orders [DE 93, 95] plus post-judgment interest that has accrued, and continues to accrue thereon from the date the judgment was entered until the date the judgment is fully paid at a rate of $67.81 per diem, while reserving Balboa's rights to seek disbursement of the remaining amount of the bond to pay Balboa's appellate and collection attorneys' fees and costs, which are pending before the Magistrate [DE 142, 146]. In support, Balboa represents as follows:

---

[1] This is the amount owed under the Final Judgment and Attorneys' Fees Orders (relating to Balboa's attorney's fees and costs incurred prior to the Appeal) inclusive of post-judgment interest through June 30, 2023.

1

17405739.1

a.   **Entry of Judgment, Stay of Enforcement, and Resolution of Appeal.**

On June 28, 2021, the Court entered a Final Judgment and Order Closing Case (the "**Final Judgment**") [DE 80] in favor of Balboa and against Vital Pharmaceuticals, Inc. d/b/a VPX Sports ("**VPX**") and John Owoc ("**Owoc**") (collectively, the "**Judgment Debtors**") in the amount of $564,141.84 composed the Fair Market Sale Vale of the certain leased equipment and pre-judgment interest at the contractual default rate of 18% that has accrued from the end of the Lease Term through entry of the Final Judgment. Additionally, the Final Judgment provides for the Judgment Debtors to pay the remaining costs[2] of the arbitration ($25,407.50), Balboa's attorney's fees and costs incurred in bringing the action and, post-judgment interest that continues to accrue on all amounts owed thereunder pursuant to the statutory rate provided by 28 U.S.C. § 1961.

On July 28, 2021, Balboa filed its Motion for Attorneys' Fees and Costs and Non-Taxable Expenses and Costs. [DE 82]. On September 8, 2021, this Court entered an Order Adopting Report of Magistrate Judge [DE 87] awarding Balboa fees in the amount of $101,927.24, litigation expenses in the amount of $4,650.00, and costs in the amount of $425.00 for a total award of $107,002.24. [DE 93]. Thereafter, the Court entered an Agreed Order awarding additional fees in the amount of $1,311.50 incurred by Balboa to respond to the Judgment Debtors' Motion to Alter or Amend the Court's Final Judgment as provided for in the Order on Motion to Alter or Amend the Court's Final Judgment. [DE 88].

Judgment Debtors filed a Notice of Appeal of the Final Judgment and Attorneys' Fees Orders. [DE 96]. During the pendency of the Appeal, Balboa sought to enforce the Final Judgment through several bank garnishments.  [DE 103-05]. In response, VPX filed a Suggestion of

---

[2] At the time of the entry of the Final Judgment, Judgment Debtors had already paid the costs of arbitration.

Bankruptcy [DE 120] and Owoc filed a written opposition [DE 107] and Motion to Stay Pending Appeal without Posting a Bond, or, in the Alternative for Approval of a Supersedeas Bond (the "**Motion to Stay**"). [DE 108]. The matters were referred to the Magistrate for consideration and, on October 7, 2022, the Magistrate entered its Report and Recommendation, denying Balboa's motions for writs of garnishment without prejudice, granting the Motion to Stay in part and requiring Judgment Debtors to post a supersedeas bond for 110% of the Final Judgment amount. [DE 119]. Following the Judgment Debtors' Objections to the Magistrate Report [DE 121-22], the Court entered an Order as follows: i) recognizing VPX's Bankruptcy, denying VPX's Objection as Moot, and denying the Motion to Stay and Balboa's Motions for writs of garnishments as to VPX; ii) overruling Owoc's Objection and requiring Owoc to post a supersedeas bond for 110% of the Final Judgment amount; and iii) denying without prejudice Balboa's motions for writs of garnishment as to Owoc. [DE 124].

Despite the Court's Order, Owoc failed to post a bond. Accordingly, Balboa renewed its Motions for Writs of Garnishment. [DE 125-27]. Immediately thereafter, this Court entered an Order requiring Owoc to post a bond in compliance with S.D. Fla. L.R. 62.1 on or before November 23, 2022 and deferring Balboa's Renewed Motions to Issue Writs of Garnishment. [DE 128]. On November 23, 2022, Owoc filed a notice of posting a cash bond with the clerk of court in the amount of $488,344.34. [DE 132]. A copy of the Clerk's Receipt is attached for the Court's reference as **Exhibit A**.

In light Owoc's posting of the cash bond, the Court dissolved the garnishments and stayed further enforcement of the Final Judgment pending the resolution of the appeal. [DE 133].

The 11th Circuit entered and opinion affirming the Final Judgment and Attorneys' Fees Orders and issued a mandate referring the case back to the District Court on April 21, 2023. [DE 141]. After the 11th Circuit granted Balboa's request to transfer consideration of its motion for appellate attorneys' fees to the District Court, Balboa filed a subsequent motion seeking its collection attorneys' fees and costs in addition to its appellate attorneys' fees and costs in the total amount of $52,027.28. [DE 143, 146]. On May 30 and June 20, 2023, the Court referred the aforementioned motions to the Magistrate. [DE 144, 147].

b.  **Judgment Debtors Have Not Satisfied The Judgment.**

On January 26, 2022, the Judgment Debtors paid $275,000.00 to Balboa in connection with the Final Judgment and Attorneys' Fees Orders while the appeal remained pending. The remainder of the judgment balance remains unpaid. As of June 30, 2023, the following amount is owed under the Final Judgment and Attorneys' Fees Orders subject to this Court's consideration of Balboa's motions for appellate and collection attorney's fees and costs:

| Description | Amount |
|---|---|
| Judgment Principal Amount | $275,000.00 |
| Pre-Judgment Interest | $289,141.84 |
| Attorney's Fees and Costs (District Court) | $108,313.74 |
| Post-Judgment Interest (6/28/21 to 1/26/22) | $ 20,038.24 |
| Partial Payment (1/26/22) | ($275,000.00) |
| Post-Judgment Interest (1/27/22 to 6/30/23) | $ 35,261.20 |
| Total | $452,755.02 |

On April 3, 2023, this Court granted a motion to withdraw as counsel for Owoc. Owoc has not retained new counsel and prior counsel only provided Owoc's address for purposes of future notices relating to the case. On June 27, 2023, undersigned counsel overnighted a letter to Owoc

4

regarding the instant motion and whether Owoc would agree to the Court's entry of the bond to satisfy the amounts owed to Balboa. Balboa has not received a response.

**c.      The Court Should Order The Clerk To Disburse a Portion of the Cash Bond to Balboa**

Pursuant to this Court's Order, Owoc's bond stayed the litigation pending resolution of the appeal. [DE 133]. Furthermore, the appellate court has entered final judgment in the party's favor and issued its mandate. [DE 141]. Because the Final Judgment remains unsatisfied, Balboa is entitled to the cash bond to satisfy any remaining balance and future order(s) granting Balboa's request for attorneys' fees. Accordingly, Balboa is entitled to an order directing the clerk of court to disburse $452,755.02 of the cash bond to Balboa to satisfy the remaining amount owed under the Final Judgment, plus post-judgment interest that has accrued on that amount. Balboa respectfully, requests that the clerk of court hold the remaining funds in the Court Registry subject to this Court's orders on Balboa's pending motions for attorneys' fees and costs incurred during the appeal and its collection efforts undertaken during the pendency of the appeal.

## CONCLUSION

Balboa therefore respectfully requests that the Court enter an order directing the clerk of court to immediately disburse $452,755.02 to Balboa's undersigned counsel to satisfy the remaining balance owed under the Final Judgment and Attorney's Fees Orders, plus the post-judgment interest that that continues to accrue on that amount after June 30, 2023, while reserving Balboa's rights to seek the remaining funds in the Court registry to satisfy any subsequent order granting Balboa's motions for attorneys' fees and costs pending before the Court and any other relief this Court deems just under the circumstances.

Balboa reserves its right to seek amounts owed in connection with attorneys 'fees and costs once the attorneys' fees and costs award is entered up to the amount of the bond.

*Certification under Local Rule*

In accordance with Local Rule 7.1(a)(3), Balboa certifies having attempted to confer with Defendant, John Owoc via a letter addressing the relief sought and enclosing a copy of the Motion but, Defendant failed to respond.

McGLINCHEY STAFFORD

*s/ Ralph W. Confreda, Jr.*
Ralph W. Confreda, Jr.,
Florida Bar No. 85794
1 East Broward Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Tele:(954)356-2528
Fax:(954) 208-7517
rconfreda@mcglinchey.com

**Attorneys for Balboa Capital Corporation**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 30, 2023 a true and correct copy of the foregoing was served the Court's ECF system to all counsel of record in the captioned matter and by U.S. Mail to the following party:

John Owoc
16720 Stratford Court
Southwest Ranches, Florida 33331
***Pro Se***

/s/ Ralph W. Confreda, Jr.

6

17405739.1